# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED AUG 29 2013

| UNITED STATES OF AMERICA, | CASE NO. 13CR2493 H |
|---|---|
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| ANTHONY MICHAEL GONZALES, | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X** an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

**X** of the offense(s) as charged in the Indictment/Information:

18:2252(a)(2) - Distribution of Images of Minors Engaged in Sexually Explicit Conduct

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 8/29/2013

William McCurine, Jr.
U.S. Magistrate Judge